# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AA METALS, INC.<br><br>      *Plaintiff,*<br><br>v.<br><br>UNITED STATES,<br><br>      *Defendant.* | **SUMMONS**<br><br>Court No. 22-00051 |

TO: The Attorney General and the U.S. Department of Commerce:

  **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

               **/s/ Mario Toscano**
               Clerk of the Court

---

1. **Name and Standing of Plaintiff:**

   Plaintiff in this action is AA Metals, Inc. ("AA Metals"). AA Metals is an importer subject to U.S. Customs & Border Protection's ("CBP") Enforce and Protect Act Investigation No. 7469. CBP issued a scope referral to the U.S. Department of Commerce, requesting that the U.S. Department of Commerce, International Trade Administration, issue a scope ruling to determine whether certain merchandise imported from Turkey by AA Metals was outside the scope of the antidumping and countervailing duty orders on *Common Alloy Aluminum Sheet From the People's Republic of China: Antidumping Duty Order*, 84 Fed. Reg. 2,813 (Feb. 8, 2019); *Common Alloy Aluminum Sheet From the People's Republic of China: Countervailing Duty Order*, 84 Fed. Reg. 2,157 (Feb. 6, 2019).

   AA Metals was party to the proceeding at the U.S. Department of Commerce that led to the contested determination. AA Metals is therefore an interested party within the meaning of section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A). Plaintiff has standing to bring this action under 28 U.S.C. § 2631(c) and 19 U.S.C. §§ 1516a(a)(2)(A)(ii), 1516a(a)(2)(B)(vi).

2. **Brief Description of Contested Determination:**

Plaintiff contests certain aspects of the Department of Commerce's final determination concerning the scope of the antidumping and countervailing duty orders on Common Alloy Aluminum Sheet from the People's Republic of China, case numbers A-570-073 and C-570-074, contained in Memorandum from Dana S. Mermelstein, Director, Office VI, Antidumping and Countervailing Duty Operations, to James Maeder, Deputy Assistant Secretary for Antidumping and Countervailing Duty Operations, *Subject: Antidumping and Countervailing Duty Orders on Common Alloy Aluminum Sheet from the People's Republic of China, Enforcement and Protect Act Investigation No. 74696: Notification of the Final Scope Determination and Response to Covered Merchandise Referral* (Jan. 21, 2022).

3. **Effective Date of Determination:**

The contested determination was mailed by the Department of Commerce on January 25, 2022. *See* Memorandum from Yang Jin Chun, Senior International Trade Compliance Analyst, AD/CVD Operations, Office VI, *Subject*: *Common Alloy Aluminum Sheet from the People's Republic of China: Scope Inquiry EAPA 7469 – Service of Final Scope Determination* (Jan. 26, 2022).

4. **Notice of Contested Determination:**

The scope ruling was not published in the Federal Register.  Because this summons is being filed within 30 days after the date of mailing, it is timely filed under 19 U.S.C. §§ 1516a(a)(2)(A)(ii), 1516a(a)(2)(B)(iv).

Respectfully Submitted,

/s/ Kristen S. Smith
Kristen S. Smith
**SANDLER TRAVIS & ROSENBERG, P.A.**
1300 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20004
Tel: (202) 730-4965
Fax: (202) 842-2247

        Sarah E. Yuskaitis
        **SANDLER TRAVIS & ROSENBERG, P.A.**
        1300 Pennsylvania Avenue, N.W.
        Suite 400
        Washington, D.C. 20004
        Tel: (202) 730-4967
        Fax: (202) 842-2247

        *Attorneys for Plaintiff AA Metals, Inc.*

Dated: February 22, 2022