## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:    THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| AA METALS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Court No. 21-00051 |
| UNITED STATES, | ) |
| Defendant. | ) |

### ORDER

Upon consideration of defendant's consent motion for relief of its obligation to file an answer and administrative record under Rule 73.3, and all other pertinent papers filed and proceedings held in this action, it is hereby

ORDERED that defendant's motion is granted; and it is further

ORDERED that defendant is not required to file an answer or a record pursuant to USCIT Rule 73.3.


Dated: _____                   _____
       New York, New York                              Jane A. Restani, Judge

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE JANE A. RESTANI, JUDGE

_____
                                            )
AA METALS, INC.,                            )
                                            )
        Plaintiff,                          )
                                            )
  v.                                        )    Court No. 21-00051
                                            )
UNITED STATES,                              )
                                            )
        Defendant.                         )
_____)

**DEFENDANT'S CONSENT MOTION FOR RELIEF OF ITS OBLIGATION
TO FILE ANSWER AND ADMINISTRATIVE RECORD UNDER RULE 73.3**

    Pursuant to Rules 12 and 73.3 of the Rules of the United States Court of International Trade (USCIT), defendant, the United States, respectfully requests that the Court relieve defendant of its obligation to file an answer and administrative record with respect to plaintiff AA Metals, Inc.'s invocation of jurisdiction under 19 U.S.C. § 1581(i). On April 23, 2022, counsel for AA Metals indicated by email that AA Metals consents to this motion. On April 22, 2022, counsel for defendant-intervenor, Texarkana Aluminum, Inc., indicated by email that Texarkana Aluminum consents to this motion.

    In its complaint, AA Metals seeks judicial review of and relief from the Department of Commerce's (Commerce) final scope determination subject to judicial review under 19 U.S.C. § 1516a(a)(2)(B)(vi), but invokes the Court's jurisdiction under two provisions: 28 U.S.C. § 1581(c) and 28 U.S.C. § 1581(i). Because AA Metals alleged two jurisdictional bases in its complaint, two sets of deadlines were triggered: (1) defendant's deadline to file the administrative record under USCIT Rule 73.2, and (2) defendant's deadline to file an answer and

administrative record under USCIT Rule 73.3. The deadline to file an answer and an administrative record under USCIT Rule 73.3 is currently April 25, 2022.[1]

After the complaint was filed, all parties agreed that this Court's jurisdiction to review Commerce's final scope determination arises out of section 1581(c). Defendant and defendant-intervenor agree that they will not challenge jurisdiction under section 1581(c). Counsel for AA Metals has indicated that, in light of the parties' agreement that this Court's jurisdiction arises out of section 1581(c), AA Metals no longer intends to assert jurisdiction under section 1581(i) in this proceeding. Accordingly, we respectfully request that the Court relieve defendant of its obligation to file an answer and administrative record under USCIT Rule 73.3.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | PATRICIA MCCARTHY<br>Director |
| OF COUNSEL: | /s/Reginald T. Blades, Jr.<br>REGINALD T. BLADES, JR.<br>Assistant Director |
| LESLIE M. LEWIS<br>Attorney<br>Office of the Chief Counsel<br>   for Trade Enforcement and Compliance<br>U.S. Department of Commerce | /s/Kyle S. Beckrich<br>KYLE S. BECKRICH<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>National Courts<br>P.O. Box 480<br>Washington, D.C. 20044<br>Tel: (212) 616-9322<br>E-mail: kyle.beckrich@usdoj.gov |
| April 25, 2022 | Attorneys for Defendant United States |

---

[1] Commerce has already filed its Rule 73.2 administrative record submission required in cases arising under section 1581(c). *See* Dkt. No. 15 (April 4, 2022).