## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE JANE A. RESTANI, JUDGE

_____
|                                         )
AA METALS, INC.,                          )
                                          )
       Plaintiff,                         )
                                          )
  v.                                      )   Court No. 21-00051
                                          )
UNITED STATES,                            )
                                          )
       Defendant.                        )
_____)

### ORDER

Upon consideration of defendant's consent motion for relief of its obligation to file an answer and administrative record under Rule 73.3, if any, and all other pertinent papers filed and proceedings held in this action, it is hereby

ORDERED that defendant's motion is granted; and it is further

ORDERED that defendant is not required to file an answer or a record pursuant to USCIT Rule 73.3.

Dated: April 25, 2022                                /S/   Jane A. Restani
      New York, New York                                      Jane A. Restani, Judge