UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **AA METALS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES,** <br><br> Defendant, <br><br> and <br><br> **TEXARKANA ALUMINUM, INC.,** <br><br> Defendant-Intervenor | Before: Jane A. Restani, Judge <br><br> Court No. 22-00051 |

## JUDGMENT

This case having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision it is hereby

ORDERED, ADJUDGED, and DECREED that the United States Department of Commerce's final scope determination pursuant to court order is **SUSTAINED**.

                                                                    /s/ Jane A. Restani
                                                                      Jane A. Restani, Judge

Dated: March 10, 2023
       New York, New York